```
      IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MARYLAND
```

TRUSTEES OF THE IRON WORKERS      :
LOCAL UNION NO. 5 AND IRON
WORKERS EMPLOYERS ASSOCIATION     :
EMPLOYEE PENSION TRUST, et al.
                                  :
    v.                                  Civil Action No. DKC 14-1660
                                  :
TNT, LLC, et al.
                                  :

**MEMORANDUM OPINION**

Pending before the court is Plaintiffs' motion for default judgment and motion to file an amended motion for default judgment. (ECF Nos. 10 and 12). Plaintiffs' motion to file amended motion for default judgment will be construed as a corrected motion for default judgment.

Plaintiffs' complaint alleges that Defendants owe Plaintiffs $48,471.00 in contributions for the periods of September, 2012 through January, 2013 and March, June, July and August, 2013, an unspecified amount of interest, and liquidated damages of $5,408.55. The record reflects that Defendants were properly served on May 28, 2014, and that the time for Defendants to plead or otherwise defend expired on June 18, 2014. The Clerk entered default against all Defendants on September 17, 2014, for want of answer or other defense. (ECF No. 9).

On October 6, 2014, Plaintiffs moved for default judgment seeking sums not sought in the initial complaint. (ECF No. 10). On December 19, 2014, Plaintiffs filed a motion to file amended motion for default which is construed as a corrected motion for default judgment explaining that the amounts sought in the complaint and the amounts sought in the original motion for default judgment were different due to a calculation error that was corrected with their amended motion for default judgment. Plaintiffs also clarify the amount sought for interest and have attached a table showing all sums sought and how they were calculated. No opposition has been filed by Defendants.

Accordingly, judgment will be entered favor of Plaintiffs and against Defendants, jointly and severally.

                                               /s/
                                  DEBORAH K. CHASANOW
                                  United States District Judge